IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
OCT 21 2020
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> BRANDON CORDELL GANUS, ) <br> ) <br> Defendant. ) | No. CR 20-280 C <br><br> Violation: 49 U.S.C. § 46504 |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Interference with Flight Crew Members and Attendants)

On or about June 16, 2019, in the Western District of Oklahoma and elsewhere,

-------------------------------- BRANDON CORDELL GANUS, -----------------------------

on an aircraft in the special aircraft jurisdiction of the United States, namely American Airlines flight #2480 travelling from Pittsburgh, Pennsylvania, to Dallas, Texas, knowingly assaulted and intimidated a flight crew member(s) and flight crew attendant(s) of the aircraft, and interfered with the performance of their duties and lessened their ability to perform their duties, and attempted to do so, which caused the flight to be diverted to Will Rogers World Airport in Oklahoma City, Oklahoma.

All in violation of Title 49, United States Code, Section 46504.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

MATT DILLON
MARK R. STONEMAN
Assistant United States Attorneys